An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CAROLINE ALNASSER,
Appellant,
vs.
UNITED NISSAN, INC.,
Respondent.

No. 62425

**FILED**

APR 29 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order dismissing an appeal from the justice court. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Gloria Sturman, District Judge
Caroline Alnasser
Moran Law Firm, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12481